UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CASE NO. 3:02CR380 (AWT) |
| ANNE PEMBER : | |

<u>ORDER OF TRANSFER</u>

In the interest of justice, the above identified case is hereby transferred to   Senior Judge Alan H. Nevas  . All further pleadings or documents in this matter should be filed with the Clerk's Office in   Bridgeport  , and shall bear the docket number 3:02CR380 (AHN). Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 3(a)]

Dated at Hartford, Connecticut this 24th day of July, 2006.



/s/
Alvin W. Thompson
United States District Judge