UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL NO. 3:02CR380 (AHN) |
| v. | : | |
| ANNE PEMBER | : | |
| Defendants. | : | March 22, 2007 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for intervenor Walter A. Forbes

March 22, 2007
**Date**

*[Signature]*
**Signature**

ct07959
**Connecticut Federal Bar Number**

Thomas J. Murphy
**Print Clearly or Type Name**

(860) 278-5555
**Telephone Number**

Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
**Address**

(860) 249-0012
**Fax Number**

Hartford, CT 06103
**Address**

tmurphy@cemlaw.com
**E-mail Address**

## CERTIFICATION

I hereby certify that on March 22, 2007, a copy of foregoing Appearance of Thomas J. Murphy was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*[Signature]*
Thomas J. Murphy